# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCIO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SPEEDY AUTO GLASS, INC.; TCG INTERNATIONAL, INC. dba SPEEDY GLASS; and DOES 1 through 50,<br><br>    Defendants. | Case No. 12-cv-04342 NC<br><br>**ORDER RE: JOINT CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 13 |

The Court has reviewed the parties' joint case management statement, Dkt. No. 13. The Court's preliminary opinion is that the parties are requesting more time for discovery, and a longer trial schedule, than is appropriate for this type of case. This Court typically sets a trial date within one year of the initial CMC. Accordingly, the parties should discuss with each other before the CMC whether they would agree to a shorter case schedule. The Court will discuss the case schedule at the CMC.

IT IS SO ORDERED.

DATED: November 14, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge