1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11
12
13
14
15
16

LUCIO HERNANDEZ,

          Plaintiff,

    v.

SPEEDY AUTO GLASS, INC., et al.,

          Defendants.

Case No.  3:12-cv-04342 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No.

17
18

    The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

19
20
21
22
23

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

24
25

    IT IS SO ORDERED.

26
27

    Date:  February 27, 2013

                                 Nathanael M. Cousins
                                 United States Magistrate Judge

28